# UNITED STATES DISTRICT COURT

District of Massachusetts

Azzedine Lattab

V.

Thomas Ridge,
Eduardo Aguirre,
Paul Novak

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04cv11424NG

TO: (Name and address of Defendant)

Paul Novak, USCIS Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carlos E. Estrada, Esq.
197 Portland Street, 5th Floor
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within **Sixty** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 6/23/2004

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 26, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carlos E. Estrada | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): First class mail, return receipt requested and attached hereto

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/3/04
             Date

Signature of Server: C. Estrada

Address of Server: 197 Portland Street, Boston MA 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.