UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AZZEDINE LATTAB,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS RIDGE, as Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 04-11424-NG |

## MOTION TO DISMISS

Defendants respectfully move for this Court to dismiss this action without prejudice. The relief requested by the Plaintiff, to compel action on an Application For Permission To Reenter After Deportation (Form I-212), is now moot as the Department of Homeland Security (DHS), through the United States Citizenship & Immigration Services (USCIS) agency has acted on the Plaintiff's application in the form of a Notice of Intent to Deny Plaintiff's I-212 Application (Attached). Plaintiff now has 30 days to submit evidence to overcome the reasons for the intended denial. Accordingly, jurisdiction in this Court is not appropriate until the Plaintiff has exhausted his administrative remedies within the USCIS and the DHS. See 8 C.F.R. § 103.1(f)(3)(iii)(E) and 8 C.F.R. § 1103.1(f)(2). If, after exhausting his administrative remedies, the Plaintiff has been unable to obtain the relief sought, or still wishes to challenge the determination of the DHS, he may then seek relief in this Court in accordance with applicable law.

Accordingly, Defendants respectfully request that Plaintiff's Complaint be dismissed without prejudice.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Anton P. Giedt   8/16/04
Anton P. Giedt
Assistant U.S. Attorneys
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov

---

**LOCAL RULE 7.1 CERTIFICATE**

I, Anton P. Giedt, Assistant U.S. Attorney, hereby certify that I attempted to confer with Plaintiff's counsel of record in an effort to resolve the issues raised in this Motion but was unable to contact counsel before it was necessary to file this Motion.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                              Boston, Massachusetts
                                                                          DATE: August 16, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' other counsel of record electronically and by First Class Mail by placing said copy in the mail room of the U.S. Attorney's Office.

/s/ Anton P. Giedt
Anton P. Gledt
Assistant U.S. Attorney

| PLAINTIFF COUNSEL: | AGENCY COUNSEL: |
|---|---|
| Carlos E. Estrada | Peter Schmalz |
| 197 Portland Street, 5th Floor | Office of the Chief Counsel |
| Boston, MA 02114 | 75 Lower Welden Street |
| 617-742-3030 (Voice) | St. Albans, VT 05479 |
| 617-227-5466 (Fax) | 802-288-7842 (Voice) |
| cestradaesq@aol.com | 802-288-7838 (Fax) |
| | Peter.Schmalz@dhs.gov |