U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship and Immigration Services**

August 11, 2004

AZZEDDINE LATTAB
C/O CARLOS E ESTRADA ESQ
197 PORTLAND STREET 5TH FLOOR
BOSTON MA  02114

A Number: A70135613
File Receipt Number: EAC0400851690

Dear Sir/Madam:

This is your notification of the United States Citizenship and Immigration Services' intent to deny the I-212 Application for Permission to Reapply for Admission Into the United States After Deportation or Removal that you filed on October 9, 2003.

This letter is being served upon you because the record of proceeding indicates as follows: You entered the United States in 1992 and remained in the country illegally beyond the time permitted. You were granted voluntary departure on March 29, 1996 with the period for voluntary departure set to expire on June 27, 1996. According to Service records, you failed to depart the United States within the time provided by the immigration court, so your order of voluntary departure became a deportation order. You then subsequently departed the country later in 1996. A Warrant of Deportation was issued against you on February 10, 1997. You then illegally reentered the United States on or about March 1, 1997. On August 28, 2002, you filed an adjustment application based on your July 5, 1999 marriage to a U.S. citizen. During the adjudication of your adjustment application, the Agency discovered your previous deportation and illegal reentry. Consequently on August 5, 2003, Immigration and Customs Enforcement (ICE) reinstated your prior deportation order pursuant to Section 241(a)(5) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1231(a)(5), as amended by Section 305 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA). In a written decision dated November 14, 2003, the immigration court in Boston, Massachusetts denied your motion to reopen your adjustment proceedings, finding that the court lacked jurisdiction to consider your motion. ICE subsequently removed you from the United States on June 15, 2004.

Section 241(a)(5) of the INA addresses the Reinstatement of Removal Orders Against Aliens Illegally Reentering. If the Attorney General finds that an alien has reentered the United States illegally having been removed or having departed voluntarily, under an order of removal, the prior order of removal is reinstated from its original date and is not subject to being reopened or reviewed. The alien is not eligible, and may not apply for, any relief under this Act, and the alien shall be removed under the prior order at any time after the reentry.

www.uscis.gov

S

Page 2
A70135613
EAC0400851690

Based on the above, it therefore appears that you are not eligible for a waiver to reapply for Admission into the United States After Deportation or Removal. Even if eligible, you have not provided sufficient evidence to demonstrate that, considering your immigration record and relationship to a United States Citizen spouse, the favorable factors in your case outweigh the unfavorable factors. Therefore the Agency has determined that you do not merit a favorable exercise of discretion under Section 212(a)(9)(B)(v) of the INA. It is the intent of the Service to deny the I-212 application.

A final decision will not be made on your application for thirty (30) days. During that time you may submit any evidence that you feel will overcome the above stated reasons for denial. If your response is not received by this office within thirty (30) days, it will be concluded that the application is not approvable and your application will be denied.

Direct your response along with the copy of this letter (enclosed) to:

    United States Citizenship and Immigration Services
    Vermont Service Center
    75 Lower Welden Street
    St. Albans, VT  05479

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Acting Center Director