UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AZZEDINE LATTAB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11424-NG |
| ) | |
| THOMAS RIDGE, as Secretary of the ) | |
| Department of Homeland Security, et. al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE AND
## OPPOSITION TO MOTION TO DISMISS

Plaintiff in the above-entitled matter respectfully submits this brief response in opposition to Defendants' Motion to Dismiss filed electronically on August 16, 2004.

In opposing Defendants' Motion to Dismiss, Plaintiff states as follows:

1. Defendants erroneously state that the relief sought, to compel action on an Application for Permission to Reenter After Deportation (INS Form I-212), is now moot as the Department of Homeland Security (DHS), through the United States Citizenship and Immigration Services (USCIS) agency has acted on the Plaintiff's application in the form of a Notice of Intent to Deny Plaintiff's I-212 Application.

2. Plaintiff asserts that a so-called Notice of Intent to Deny is further evidence of the Defendants refusal to act in a manner consistent with fairness and the law. Furthermore, Plaintiff has no choice but to believe that the Defendants continue to act in a manner that can only be characterized as arbitrary and contrary to the law. Please see attached response to Defendants' Intent to Deny, articulating Plaintiff's position and interpretation of the law.

3. Plaintiff re-asserts that the application in question was filed with the Defendants on October 8, 2003. As of today, the USCIS Vermont Service Center continues to indicate on their website that they are currently processing I-212 applications filed on June 9, 2004. Please see attached copy of Vermont Service Center Processing Dates.

4. After numerous attempts to contact Defendant's counsel in St. Albans, Vermont, where the actual application was being adjudicated, he finally indicated that they would adjudicate it within a week. Several weeks went by and still no adjudication took place. At the insistence of Plaintiff's counsel, Defendants' counsel in Boston intervened and the Vermont Service Center hurriedly put together their so-called Intent to Deny and now claims to have "acted" on Plaintiff's application.

5. The Defendants cannot be allowed to simply issue a cut-and-pasted letter and suddenly claim that Plaintiff has not exhausted his administrative remedies. Mr. Lattab, the Plaintiff in this matter, has been greatly damaged by the failure of Defendants to act in accord with their duties under the law. He was forcibly removed from the United States and separated from his U.S. citizen

wife and seven month-old son and continues to await the resolution of this matter. It has now been almost a year since the application was filed with the Vermont Service Center and dismissal of this complaint would mean that the Defendants would be rewarded for and start anew their dilatory and unfair tactics.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(d) controlling Motion Practice, the Plaintiff in this matter respectfully request that the Court schedule a hearing to better assist the Court in the resolution of this matter. Plaintiff believes that this Court could quickly resolve all issues in this case.

Accordingly, Plaintiff respectfully requests that Defendants' Motion to Dismiss be set aside and a hearing on this matter be scheduled at the Court's earliest available time.

Respectfully submitted,

_C. Estrada_
Carlos E. Estrada
Attorney for Plaintiff
197 Portland Street, 5th Floor
Boston, MA 02114
Telephone 617-742-3030
Facsimile  617-227-5466
cestradaesq@aol.com

## CERTIFICATE OF SERVICE

Suffolk, ss

Boston, Massachusetts
DATE: August 27, 2004

I, Carlos E. Estrada, attorney for Plaintiff, do hereby certify that I have this day served a copy of the foregoing upon the Defendants' counsel of record by mailing the same via U.S. Priority Mail to:

Anton P. Giedt
Asst. U.S. Attorney
1 Courthouse Way
Boston, MA 02210

Peter Schmalz
Office of the Chief Counsel
75 Lower Welden Street
St. Albans, VT 05479

_____
Carlos E. Estrada