# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AZZEDINE LATTAB,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THOMAS RIDGE, as Secretary of the Department of Homeland Security, <u>et al</u>.,<br><br>　　　　　Defendants. | Civil Action No. 04-11424-NG |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

　　　　Pursuant to the provisions of Fed. R. Civ .P. 41(a)(1)(ii), AZZEDINE LATTAB, the Plaintiff herein, voluntarily dismisses without prejudice and costs the above captioned action as to the named Defendants in this action.

Respectfully submitted,

| For the Plaintiff, | For the Defendants, |
|---|---|
| AZZEDINE LATTAB | THOMAS RIDGE, as Secretary of the Department of Homeland Security, <u>et al</u>., |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Carlos E. Estrada 10/27/04<br>Carlos E. Estrada<br>BBO# 630285<br>197 Portland Street, 5th Floor<br>Boston, MA 02114<br>617-742-3030 (Voice)<br>617-227-5466 (Fax)<br>cestradaesq@aol.com | By:　/s/ Anton P. Giedt 10/27/04<br>　　Anton P. Giedt<br>　　Assistant U.S. Attorney<br>　　BBO# 563928<br>　　1 Courthouse Way<br>　　Boston, MA 02210<br>　　BBO No: 563928<br>　　617-748-3309  (Voice)<br>　　617-748-3971  (Fax)<br>　　anton.giedt@usdoj.gov |

---

### CERTIFICATE OF SERVICE

Suffolk, ss.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE: October 27, 2004

　　　　I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record electronically and by First Class Mail.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Anton P. Giedt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Anton P. Giedt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**PLAINTIFF'S COUNSEL:**
Carlos E. Estrada
197 Portland Street, 5th Floor
Boston, MA 02114
617-742-3030 (Voice)
617-227-5466 (Fax)
cestradaesq@aol.com

**AGENCY COUNSEL:**
Peter Schmalz
Office of the Chief Counsel
75 Lower Welden Street
St. Albans, VT 05479
802-288-7842 (Voice)
802-288-7838 (Fax)
Peter.Schmalz@dhs.gov

N:\AGiedt\a-doj\a-cases\lattab\lattab-stp-dsmssl-w-o-prj-10-27-04-f.wpd

2